IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CODY SIEGMANN, on behalf of himself and those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>M.A.C. Pizza Company, LLC, et al.<br><br>Defendants. | Case No. 3:20-cv-00215-JWS |

**ORDER GRANTING JOINT MOTION
FOR WAGE AND HOUR SETTLEMENT APPROVAL**

This matter came before the Court on the Joint Motion for Wage and Hour Settlement Approval. Having reviewed the Motion and finding the Parties' settlement to be a fair and reasonable resolution of Plaintiff's Complaint, it is hereby:

ORDERED that the Joint Motion for Wage and Hour Settlement Approval is GRANTED. This case is hereby DISMISSED WITH PREJUDICE. The Court shall retain jurisdiction to enforce the Settlement, if necessary.

IT IS SO ORDERED this 28th day of December, 2020, at Anchorage, Alaska.

*/s/ John W. Sedwick*
JOHN W. SEDWICK
Senior United States District Judge